GEORGE B. CHANDLESS, SR., PLAINTIFF-RESPONDENT, v. JULIUS LIEBHART, *ET. AL.*, DEFENDANTS-RESPONDENTS, AND ESTHER SMITH, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. John Romanition, Leslie Kohn* for petitioners.

*Messrs. Riker, Danzig, Scherer & Brown* for respondent.

October 4, 1965.   Denied.

DEPARTMENT OF CONSERVATION AND ECONOMIC DEVELOPMENT, DIVISION OF FISH AND GAME, PLAINTIFF-RESPONDENT, v. DANIEL SCIPIO, DEFENDANT-PETITIONER.

See same case below: 88 *N. J. Super.* 315.

*Messrs. Irving & Barry Mandelbaum, Richard Steinberg* for petitioner.

*Messrs. Arthur J. Sills,* Attorney General of New Jersey, and *Richard F. Aronsohn,* Deputy Attorney General for respondent.

October 4, 1965.   Denied.